# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Youdi Li, | ) | |
| | ) | |
| Defendant. | ) | Case No. 1:14-cr-037 |

___

On March 12, 2014, the Government filed an Information charging the defendant, Youdi Li ("Li"), with the offense of attempting to evade and defeat assessment of tax in violation of 26 U.S.C. § 7201. It simultaneously filed a Statement of Probable Cause executed by Special Agent Nathan Glur under penalty of perjury and a plea agreement executed by the parties.

Having the Special Agent Glur's Statement of Probable Cause, the court finds that there is probable cause to believe that Li may have committed the offense has charged in the Information. Accordingly, the court authorizes the Clerk's office to issue a summons for Li.

**IT IS SO ORDERED.**

Dated this 12th day of March, 2014.

<u>/s/ Charles S. Miller, Jr.</u>
Charles S. Miller, Jr.
United States Magistrate Judge